# __EXHIBIT A__

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Title | FileName |
|---|---|---|---|---|---|
| 1 | 97.113.58.166 | µTorrent 3.2.0 | 10/7/12 12:16:39 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 2 | 98.237.170.172 | µTorrent 3.1.3 | 10/7/12 08:01:25 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 3 | 71.237.242.218 | µTorrent 3.1.0 | 10/7/12 07:31:59 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 4 | 24.20.98.236 | µTorrent 3.1.2 | 10/7/12 11:25:14 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 5 | 71.56.148.186 | µTorrent 3.1.3 | 10/7/12 11:58:26 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 6 | 24.16.106.135 | µTorrent 2.0.4 | 10/7/12 01:00:34 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 7 | 98.237.171.129 | µTorrent 2.2.1 | 10/7/12 06:48:04 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 8 | 67.5.132.204 | µTorrent 3.1.3 | 10/7/12 01:51:31 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 9 | 66.233.22.43 | µTorrent 3.1.3 | 10/8/12 09:20:01 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 10 | 50.135.160.90 | µTorrent 3.2.0 | 10/8/12 04:40:48 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 11 | 97.113.58.127 | µTorrent 3.2.0 | 10/8/12 06:33:05 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 12 | 76.22.104.143 | µTorrent 3.2.0 | 10/8/12 09:00:03 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 13 | 50.135.246.15 | µTorrent 3.1.3 | 10/8/12 02:23:02 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 14 | 97.113.63.47 | µTorrent 3.2.0 | 10/8/12 04:54:47 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 15 | 50.137.6.40 | µTorrent 3.1.3 | 10/9/12 08:59:10 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 16 | 71.231.212.149 | µTorrent 3.1.3 | 10/9/12 02:28:16 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 17 | 71.212.10.97 | µTorrent 3.2.0 | 10/9/12 04:56:54 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 18 | 24.20.172.116 | µTorrent 3.2.0 | 10/9/12 11:57:07 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 19 | 98.247.54.231 | -UM15110 | 10/9/12 11:48:15 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 20 | 71.212.14.115 | µTorrent 2.0.4 | 10/9/12 10:59:20 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 21 | 98.237.187.10 | µTorrent 3.1.3 | 10/9/12 10:13:10 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 22 | 174.25.52.174 | µTorrent 3.1.3 | 10/10/12 03:08:08 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 23 | 174.61.176.136 | µTorrent 3.2.0 | 10/10/12 05:06:29 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 24 | 71.212.13.147 | µTorrent 3.2.0 | 10/11/12 01:16:33 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 25 | 24.17.109.75 | µTorrent 3.2.0 | 10/11/12 03:10:35 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 26 | 75.172.39.132 | µTorrent 3.2.0 | 10/11/12 09:20:50 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 27 | 67.189.9.186 | µTorrent 3.1.3 | 10/11/12 10:13:59 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 28 | 97.113.56.147 | µTorrent 2.0.4 | 10/11/12 12:38:02 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 29 | 71.237.187.37 | BitTorrent 7.6.1 | 10/11/12 05:34:19 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 30 | 97.113.52.40 | µTorrent 3.2.0 | 10/11/12 07:19:59 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 31 | 98.246.83.180 | Transmission 2.5 | 10/11/12 12:12:08 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 32 | 71.37.10.160 | µTorrent 2.0.2 | 10/11/12 10:41:06 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 33 | 98.247.40.31 | µTorrent 2.2.0 | 10/11/12 12:47:06 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 34 | 24.18.34.144 | µTorrent 3.1.3 | 10/11/12 07:29:51 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |

| 35 | 24.22.196.42 | µTorrent 3.1.3 | 10/11/12 03:50:12 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
|----|---|---|---|---|---|
| 36 | 67.170.128.249 | µTorrent 3.1.3 | 10/11/12 09:07:52 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 37 | 71.36.104.60 | µTorrent 3.1.3 | 10/11/12 11:16:45 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 38 | 76.28.248.200 | BitTorrent 7.6.1 | 10/11/12 05:55:13 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 39 | 24.16.148.235 | BitTorrent 7.6.1 | 10/12/12 02:46:58 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 40 | 67.168.209.65 | µTorrent 2.2.0 | 10/12/12 03:00:07 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 41 | 98.237.191.143 | µTorrent 3.1.3 | 10/12/12 05:59:17 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 42 | 71.217.68.37 | BitSpirit 3.6.0 | 10/12/12 03:31:34 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 43 | 71.231.2.115 | µTorrent 3.2.0 | 10/12/12 05:51:22 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 44 | 24.20.198.235 | BitTorrent 7.3.5 | 10/12/12 12:54:01 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 45 | 71.212.5.54 | µTorrent 2.0.4 | 10/12/12 07:28:12 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 46 | 50.47.114.158 | µTorrent 3.2.1 | 10/12/12 10:04:40 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 47 | 67.160.132.121 | µTorrent 3.2.0 | 10/12/12 03:59:07 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 48 | 98.246.68.230 | µTorrent 3.2.0 | 10/12/12 05:56:46 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 49 | 24.16.96.96 | µTorrent 3.1.3 | 10/12/12 10:25:29 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 50 | 67.160.53.191 | µTorrent 1.7.7 | 10/12/12 05:24:43 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 51 | 71.236.183.24 | BitTorrent 7.7.0 | 10/12/12 05:00:31 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 52 | 24.22.215.182 | µTorrent 3.1.3 | 10/12/12 11:31:05 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 53 | 67.170.24.202 | µTorrent 3.2.0 | 10/12/12 01:24:00 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 54 | 76.28.162.196 | BitTorrent 7.2.1 | 10/12/12 06:36:08 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 55 | 24.18.118.95 | µTorrent 3.1.3 | 10/12/12 02:00:01 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 56 | 24.17.68.46 | µTorrent 3.2.1 (E | 10/12/12 01:59:03 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 57 | 76.104.234.98 | µTorrent 3.1.3 | 10/12/12 12:34:33 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 58 | 24.17.68.46 | µTorrent 3.2.2 (E | 10/13/12 05:34:59 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 59 | 71.212.29.42 | µTorrent 3.2.0 | 10/13/12 03:10:53 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 60 | 97.113.58.235 | µTorrent 3.2.0 | 10/14/12 01:32:02 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 61 | 71.212.17.101 | µTorrent 3.2.0 | 10/15/12 05:35:15 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 62 | 50.135.25.67 | BitSpirit 3.6.0 | 10/15/12 05:04:06 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 63 | 71.212.13.111 | µTorrent 3.2.0 | 10/16/12 05:05:24 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 64 | 76.121.149.204 | µTorrent 3.2.1 | 10/16/12 05:28:51 PM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 65 | 97.113.52.145 | µTorrent 3.2.0 | 10/16/12 04:10:11 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |
| 66 | 76.121.40.48 | Deluge 2.1.1.0 | 10/17/12 02:32:49 AM | Zambezia | Zambezia.2012.D.BDRip.1400Mb.avi |

| Filehash | ISP | Region | city | Province |
|---|---|---|---|---|
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Kent | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Clearwire Corporation | Washington | Kent | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Kent | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Auburn | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Kent | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Kirkland | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Kent | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Auburn | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Everett | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Auburn | King |

| | | | | |
|---|---|---|---|---|
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Everett | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Everett | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Auburn | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Auburn | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Auburn | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Camas | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Frontier Communication | Washington | Mukilteo | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Bellevue | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Kent | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Renton | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Auburn | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Renton | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Lynnwood | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Lynnwood | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Federal Way | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Lynnwood | Snohomish |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Century Link | Washington | Seattle | King |
| SHA1: F7C32B57BF398EB7808746225C98C9EF228E7AF9 | Comcast Cable | Washington | Everett | Snohomish |

# <u>EXHIBIT B</u>

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-643-242

**Effective date of registration:**

May 2, 2012

---

## Title

**Title of Work:** Adventures in Zambezia

## Completion/Publication

**Year of Completion:** 2012

## Author

■ **Author:** Zambezia Film (Pty.) Ltd

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** South Africa          **Domiciled in:**  South Africa

## Copyright claimant

**Copyright Claimant:** Zambezia Film (Pty) Ltd.

Dreyersdal Farm, Dreyersdal Farm  Road, Bergvliet,  Cape Town, South Africa

## Rights and Permissions

**Organization Name:** Cinema Management Group, LLC

**Name:** Dene  Anderberg

**Email:** cmg@cinemamanagementgroup.com          **Telephone:** 310-300-9959

**Address:** 8730 Wilshire Blvd.

Suite 416

Beverly Hills, CA 90211  United States

## Certification

**Name:** Dene Anderberg

**Date:** April 30, 2012

**Registration #:**   PAU003643242
**Service Request #:**   1-759868441



Cinema Management Group
Dene D Anderberg
8730 Wilshire Blvd. Suite 416
Beverly Hills, CA 90211  United States